## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-408 (DWF/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Carl Johnson, | |
| Defendant. | |

Michael A. Dees, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 20) is **DENIED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 21) was **WITHDRAWN**.

Dated: February 14, 2008      s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court